Fill in this information to identify the case:

Debtor name: **The Falls Event Center LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Johnson, Bruce & Piega Delaney**<br>13819 62nd Ave<br>Kirkland, WA 98034 | | **Convertible Note** | **Disputed** | | | **$3,500,000.00** |
| **Stickel, Walt and Esther**<br>121143rd Avenue<br>Sacramento, CA 95822 | | **Convertible Note** | **Disputed** | | | **$3,304,121.73** |
| **Liu, Meilin**<br>2601 Blanding Avenue C307<br>Alameda, CA 94501 | | **Convertible Note** | **Disputed** | | | **$2,906,479.79** |
| **Ahangarzadeh, Mansour & Lupita**<br>Attn: Personal 803 Washington drive<br>Arlington, TX 76011 | | **Convertable Note** | **Disputed** | | | **$2,590,562.50** |
| **Vuong, Van & Cindy**<br>14349 SE 92nd Street<br>Renton, WA 98059 | | **Convertible Note** | **Disputed** | | | **$2,291,351.10** |
| **Pulley, Brent**<br>2148 East Caroline Lane<br>Tempe, AZ 85284 | | **Convertible Note** | **Disputed** | | | **$2,117,510.00** |
| **Young, Julie & Walter Grevesmuhl**<br>10 Warrens Way<br>Tiburon, CA 94920 | | **Convertible Note** | **Disputed** | | | **$2,053,000.00** |
| **Olson, Dennis & Jane**<br>5220 West Potter Drive<br>Glendale, AZ 85308 | | **Convertible Note** | **Disputed** | | | **$1,869,210.85** |

Debtor **The Falls Event Center LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Theobald, John & Susan**  **10140 SE 55th Street**  **Oklahoma City, OK 73150** | | **Convertible Note** | **Disputed** | | | **$1,768,789.50** |
| **Williams, Kevin & Matti**  **7211 South Luella Avenue**  **Chicago, IL 60649** | | **Convertible Note** | **Disputed** | | | **$1,600,000.00** |
| **Miller, Richard & Mary Kay**  **1340 SE Priscilla Lane**  **Grants Pass, OR 97526** | | **Convertible Note** | **Disputed** | | | **$1,471,225.92** |
| **Moller, Dick & Lisa**  **20404 NE 116th Circle**  **Brush Prairie, WA 98606** | | **Convertible Note** | **Disputed** | | | **$1,316,633.33** |
| **Mathews, Michael & Robbie**  **1332 Douglas Ave**  **Flossmoor, IL 60422** | | **Convertible Note** | **Disputed** | | | **$1,200,000.00** |
| **Franklin, Elbert & Kathy**  **13017 Red Cedar Circle**  **Oklahoma City, OK 73131** | | **Convertible Note** | **Disputed** | | | **$1,155,625.00** |
| **Stang, Michelle**  **3600 Gallop CT**  **Flower Mound, TX 75028** | | **Convertible Note** | **Disputed** | | | **$1,100,000.00** |
| **Filippi, Woody & Jeanette**  **6314 W. Daily Street**  **Glendale, AZ 85306** | | **Convertible Note** | **Disputed** | | | **$1,100,000.00** |
| **Skovmand, Brent & Judy**  **2617 Griffin Avenue**  **Enumclaw, WA 98022** | | **Convertible Note** | **Disputed** | | | **$1,075,000.00** |
| **Clay, Tim & Barbara**  **7906 N. Fawver Road**  **Dakota, IL 61018** | | **Convertable Note** | **Disputed** | | | **$1,014,250.00** |

Debtor **The Falls Event Center LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRA Services Trust Company** **1160 Industrial Road, #1** **San Carlos, CA 94070** | | **Interest on Notes** | **Disputed** | | | **$1,013,310.37** |
| **Malone, Mike & Alma** **300 Doucet Road, Suite A** **Lafayette, LA 70503** | | **Convertible Note** | **Disputed** | | | **$1,000,000.00** |

**Fill in this information to identify the case:**

Debtor name: **The Falls Event Center LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2018        X **/s/ Brooks Pickering**
                                     Signature of individual signing on behalf of debtor

                                     **Brooks Pickering**
                                     Printed name

                                     **Manager**
                                     Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**