# United States Bankruptcy Court
## District of Utah

In re: **The Falls Event Center LLC**, Debtor(s)

Case No. _____

Chapter **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Brooks Pickering**, declare under penalty of perjury that I am the **Manager** of **The Falls Event Center LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 10th day of **July**, 20**18**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Brooks Pickering, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Brooks Pickering, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Brooks Pickering, Manager** of this Corporation is authorized and directed to employ **Michael R. Johnson**, attorney and the law firm of **Ray Quinney & Nebeker P.C.** to represent the corporation in such bankruptcy case."

Date  7-10-18

Signed  /s/ Brooks Pickering
**Brooks Pickering**

Resolution of Board of Directors
of
**The Falls Event Center LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Brooks Pickering, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Brooks Pickering, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Brooks Pickering, Manager** of this Corporation is authorized and directed to employ **Michael R. Johnson**, attorney and the law firm of **Ray Quinney & Nebeker P.C.** to represent the corporation in such bankruptcy case.

Date  7-10-18            Signed  _[signature]_

Date  _____            Signed  _____

# United States Bankruptcy Court
## District of Utah

In re   **The Falls Event Center LLC**                                         Case No. _____
                                                    Debtor(s)                  Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached list | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __7-10-18__                         Signature  _____
                                                      **Brooks Pickering**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.