# United States Bankruptcy Court
## District of Utah

In re: __The Falls Event Center LLC__                                    Case No. _____
Debtor(s)                                        Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached list | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 10, 2018__             Signature __/s/ Brooks Pickering__
                                            __Brooks Pickering__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

The Falls Event Center LLC
List of Equity Security Holders

| Last Name | First Name | Address | City | State | ZIP | Security Class | # of Securities | Kind of Interest |
|---|---|---|---|---|---|---|---|---|
| Alexander | Keith | 12719 Sheridan Road | Pleasant Prairie | WI | 53158-5336 | Common Units | 150,000 | LLC Membership Unit |
| Allen | Mark | 167 Albacore Lane | Foster City | CA | 94404- | Common Units | 5,000 | LLC Membership Unit |
| Allen | Mark | 167 Albacore Lane | Foster City | CA | 94404- | Preferred Units | 300,796 | LLC Membership Unit |
| Alvarez | Joanne | 11440 E. Pantano Trail | Tucson | AZ | 85730- | Common Units | 33,333 | LLC Membership Unit |
| Amaya | Zeda | 5330 North MacArthur Blvd #154-120 | Irving | TX | 75038- | Common Units | 110,000 | LLC Membership Unit |
| Anderson | Margie | 1191 N. Set Court | Farmington | UT | 84025- | Common Units | 25,000 | LLC Membership Unit |
| Baer | Bill | 9705 Moss Rose Circle | Highland Ranch | CO | 80219- | Preferred Units | 298,332 | LLC Membership Unit |
| Banford | David | 2197 Van Corum Circle | Loveland | CO | 80538- | Preferred Units | 125,000 | LLC Membership Unit |
| Barattini | Bret | 10 Magnolia Gardens Drive | Covington | LA | 70435- | Common Units | 50,000 | LLC Membership Unit |
| Barkhordar | Afsoon | 1028 South Sherbourne Drive #4 | Los Angeles | CA | 90035- | Common Units | 21,250 | LLC Membership Unit |
| Barnum | Ray | 4519 East 21st Place | Tulsa | OK | 74114- | Common Units | 41,666 | LLC Membership Unit |
| Becker | Lani | W214N103585 Oak Lane | Colgate | WI | 53017- | Common Units | 25,000 | LLC Membership Unit |
| Becvar | Frank | 3613 SUNFLOWER CIRCLE | Longmont | CO | 80503- | Common Units | 17,225 | LLC Membership Unit |
| Bergstrom | Neal | 2580 W. 15000 S | Bluffdale | UT | 84065- | Option Units | 250,000 | LLC Membership Unit |
| Bickel | Daniel | 27747 SE 24th Way | Sammamish | WA | 98075- | Common Units | 66,666 | LLC Membership Unit |
| Bickel | Micah | 7109 Greenwood Avenue N. | Seattle | WA | 98103- | Common Units | 33,433 | LLC Membership Unit |
| Biggerstaff | Karen | 14342 Hill Prince Street | San Antonio | TX | 78248-1131 | Preferred Units | 550,502 | LLC Membership Unit |
| Blair | Gary | 88535 Periwinkle Road | Springfield | OR | 97478- | Preferred Units | 49,714 | LLC Membership Unit |
| Blakely | John | 8553 N Beach St #112 | Keller | TX | 76244- | Common Units | 494,150 | LLC Membership Unit |
| Bluemax Marketing | | 9067 S. 1300 W | West Jordan | UT | 84088 | Founder Units | 1,842,127 | LLC Membership Unit |
| Bluemax Marketing | | 9067 S. 1300 W | West Jordan | UT | 84088 | Option Units | 2,157,873 | LLC Membership Unit |
| Bosland | Bob | 11816 Morning Star Drive | Germantown | MD | 20876- | Common Units | 50,000 | LLC Membership Unit |
| Brown-Flesia | Kate | 232 E. Monument Street | Colorado Springs | CO | 80903- | Common Units | 35,000 | LLC Membership Unit |
| Burke | Steven | 8410 Mt. Nido Drive | Las Vegas | NV | 89147- | Common Units | 30,000 | LLC Membership Unit |
| Carlson | Douglas | 729 West Arbor Avenue | Littleton | CO | 80120- | Preferred Units | | LLC Membership Unit |
| Cea | Ric | 10350 Webster Pass Court | Colorado Springs | CO | 80924- | Common Units | 17,332 | LLC Membership Unit |
| Chase | Jack | 267 Second Avenue | Salt Lake City | UT | 84103- | Common Units | 5,000 | LLC Membership Unit |
| Chen | Shawn | 230 North Fiddlers Creek Street | Valley Center | KS | 67147- | Common Units | 100,000 | LLC Membership Unit |
| Christensen | Josh | 1496 S. Seabiscuit Drive | Kaysville | UT | 84037- | Common Units | 38,922 | LLC Membership Unit |
| Coates | Jamie | 10313 Sego Lily Drive | Sandy | UT | 84092- | Option Units | 6,000 | LLC Membership Unit |
| Coffman | Damon | 1625 High Meadows Drive | Choctaw | OK | 73020- | Common Units | 174,012 | LLC Membership Unit |
| Cohen | Les | 15000 7th Street Suite 102 | Victorville | CA | 92395- | Common Units | 5,000 | LLC Membership Unit |
| Cohen | Les | 15000 7th Street Suite 102 | Victorville | CA | 92395- | Preferred Units | 451,743 | LLC Membership Unit |
| Coombs | Marianne | 860 South Village Road #S1 | St. George | UT | 84770- | Option Units | 2,000 | LLC Membership Unit |
| Coppolecchia | Richard Paul | 155 West Plumtree Lane #7J | Midvale | UT | 84047- | Option Units | 3,000 | LLC Membership Unit |
| Cummings | Lance | 304 Liszt Avenue | Cardiff | CA | 92007- | Preferred Units | 125,000 | LLC Membership Unit |
| Davis | John | 10468 Cheetah Winds | Littleton | CO | 80124- | Common Units | 50,000 | LLC Membership Unit |
| Day | Sara | 439 Blaine Avenue | Salt Lake City | UT | 84115- | Option Units | 6,000 | LLC Membership Unit |
| deDubovay | Mark | 4221 Calhoun Drive | Huntington Beach | CA | 92649- | Common Units | 81,500 | LLC Membership Unit |

Case 18-25116    Doc 4    Filed 07/11/18    Entered 07/11/18 10:11:15    Desc Main
Document         Page 3 of 6

The Falls Event Center LLC
List of Equity Security Holders

| Last | First | Address | City | State | Zip | Security Type | Units | Class |
|---|---|---|---|---|---|---|---|---|
| Denton | David | 909 Avalon Lane | Edmond | OK | 73034- | Common Units | 7,500 | LLC Membership Unit |
| Denton | David | 909 Avalon Lane | Edmond | OK | 73034- | Preferred Units | 300,000 | LLC Membership Unit |
| Dietlein | Mark | 2631 Wood Hollow Way | Bountiful | UT | 84010- | Common Units | 105,000 | LLC Membership Unit |
| Dietlein | Mark | 2631 Wood Hollow Way | Bountiful | UT | 84010- | Preferred Units | 281,781 | LLC Membership Unit |
| Dollard | Terry | 878 Reina Del Mar Avenue | Pacifica | CA | 94044- | Preferred Units | 100,000 | LLC Membership Unit |
| Down | Suzanne | 1022 Merryman Drive | Klamath Falls | OR | 97603- | Option Units | 50,000 | LLC Membership Unit |
| Down | Jamie | 3032 East 7070 South | Cottonwood Heights | UT | 84121- | Option Units | 27,000 | LLC Membership Unit |
| Down | Devin | 570 West 100 South | Lindon | UT | 84042- | Option Units | 24,000 | LLC Membership Unit |
| Down | David | 570 West 100 South | Lindon | UT | 84042- | Option Units | 1,000,000 | LLC Membership Unit |
| Down | Trevor | 994 New Hope Dive | Draper | UT | 84020- | Option Units | 10,000 | LLC Membership Unit |
| Down | Zachary | 994 New Hope Drive | Draper | UT | 84010- | Option Units | 24,000 | LLC Membership Unit |
| Drakulovic | Milt | 8358 E Nightingale Star Drive | Scottsdale | AZ | 85266- | Common Units | 25,000 | LLC Membership Unit |
| Dumas | Bob | 15906 East Silvergrove Drive | Whittier | CA | 90604- | Preferred Units | 1,116,324 | LLC Membership Unit |
| Duong | Mimi | 4420 Red Maple Court | Concord | CA | 94521- | Common Units | 15,000 | LLC Membership Unit |
| Ellis | Val | 59 South 600 West | Blackfoot | ID | 83221- | Common Units | 29,500 | LLC Membership Unit |
| Evans | Susan | 1800 E. 56th Ave | Hutchinson | KS | 67502- | Common Units | 33,333 | LLC Membership Unit |
| Failing | Jeff | 1880 East Ridge Road Suite 2 | Rochester | NY | 14622- | Preferred Units | 74,543 | LLC Membership Unit |
| Farnsworth | Leta | 1517 Wessex Road | Roanoke | TX | 76262- | Common Units | 100,000 | LLC Membership Unit |
| Finstad | Ricki | 9201 Cardwell | Houston | TX | 77055- | Common Units | 15,000 | LLC Membership Unit |
| Friedman | Rob | 235 South Krameria Street | Denver | CO | 80224- | Common Units | 25,000 | LLC Membership Unit |
| Friz | Alan | 1411 N. Chestnut St. | Huntingburg | IN | 47542- | Common Units | 25,000 | LLC Membership Unit |
| Fund | Vision Growth | 520 North Main #431 | Heber City | UT | 84032- | Common Units | 82,885 | LLC Membership Unit |
| Gagnon | Michael | P.O. Box 1106 | Oak Forest | IL | 60452- | Common Units | 50,000 | LLC Membership Unit |
| Gala | Thad | 1296 South Shasta Avenue | Eagle Point | OR | 97524- | Preferred Units | | LLC Membership Unit |
| Galik | Ray | 10113 Pinedale Drive | Colorado Springs | CO | 80920- | Common Units | 10,000 | LLC Membership Unit |
| Galik | Ray | 10113 Pinedale Drive | Colorado Springs | CO | 80920- | Preferred Units | 41,066 | LLC Membership Unit |
| Garreaud | Julio | 11244 Slate View Drive | South Jordan | UT | 84095- | Option Units | 42,500 | LLC Membership Unit |
| Gasper | Paul | P.O. Box 7717 | Torrance | CA | 90504- | Common Units | 50,000 | LLC Membership Unit |
| Genthner | Stephen | 4409 Templar Drive | Portsmouth | VA | 23703- | Common Units | 50,000 | LLC Membership Unit |
| Gibbs | Greg | 1888 Fiorita Way | Brentwood | CA | 94513- | Common Units | 5,000 | LLC Membership Unit |
| Gilland | Jim | 1964 North 2000 East | Layton | UT | 84040- | Common Units | 82,496 | LLC Membership Unit |
| Gilland | Jim | 1964 North 2000 East | Layton | UT | 84040- | Preferred Units | 924,852 | LLC Membership Unit |
| Gip | Luan | 12221 Central Valley Road | Poulsbo | WA | 98370- | Common Units | 50,000 | LLC Membership Unit |
| Godnig | Ed | PO Box 872467 | Wasilla | AK | 99687- | Common Units | 25,000 | LLC Membership Unit |
| Gooch | Ruthanne | 3439 San Sonita Drive | Santa Rosa | CA | 95403- | Option Units | 4,000 | LLC Membership Unit |
| Goularte | Tony | 15292 Medella Circle | Rancho Murieta | CA | 98583- | Option Units | 30,000 | LLC Membership Unit |
| Graham | Lou | 3726 N. Keeler | Chicago | IL | 60641- | Common Units | 100,000 | LLC Membership Unit |
| Greathouse | Tony | 790 East Bouldercreek | Fresno | CA | 93730- | Option Units | 1,000 | LLC Membership Unit |
| Hackett | Aaron | 5833 Muirwood Drive | Herriman | UT | 84096- | Preferred Units | 78,137 | LLC Membership Unit |
| Hall | Brandon | 3951 West Parmer Lane #200 | Austin | TX | 78727- | Common Units | 155,000 | LLC Membership Unit |
| Hall | Brandon | 4905 Foothills Drive | Berthoud | CO | 80513- | Preferred Units | 50,000 | LLC Membership Unit |

The Falls Event Center LLC
List of Equity Security Holders

| Last | First | Address | City | State | Zip | Security Type | Units | Description |
|---|---|---|---|---|---|---|---|---|
| Heavey | Matt | 1900 Gelbke Lane Suite A | Concord | CA | 94520- | Common Units | 95,000 | LLC Membership Unit |
| Heavey | Matt | 1900 Gelbke Lane Suite A | Concord | CA | 94520- | Preferred Units | 100,000 | LLC Membership Unit |
| Heiner | Todd | 797 East Corner Ridge Drive | Draper | UT | 84020- | Option Units | 25,000 | LLC Membership Unit |
| Hendry | Tyler | 231 N Primrose Ave | Monrovia | CA | 91016- | Common Units | 33,333 | LLC Membership Unit |
| Hirsbrunner | Wayne | 1845 West 4400 South Suite 104 | Roy | UT | 84067- | Common Units | 5,000 | LLC Membership Unit |
| Hornbrook | David | 325 7th Ave #2304 | San Diego | CA | 92101- | Common Units | 50,000 | LLC Membership Unit |
| Hunt | Karen | 1823 West Mead | Chandler | AZ | 85248- | Option Units | 2,000 | LLC Membership Unit |
| Hunt | Paul | 7875 South 210 East | Sandy | UT | 84070- | Option Units | 30,000 | LLC Membership Unit |
| Ighani | Farshid | 505 Pennsylvania | Kennedale | TX | 76060- | Common Units | 25,000 | LLC Membership Unit |
| Im | Cathy | 19821 183rd Way SE | Renton | WA | 98058- | Common Units | 12,500 | LLC Membership Unit |
| Irwin | Glenn | 24401 146th Place SE | Kent | WA | 98042- | Preferred Units | 209,000 | LLC Membership Unit |
| Jacobson | Keith | 4612 West 9810 North | Cedar Hills | UT | 84062- | Option Units | 2,000 | LLC Membership Unit |
| Jeffery | Ryan | 1037 Kimberly Drive | Layton | UT | 84040- | Common Units | 15,000 | LLC Membership Unit |
| Jenness | Jennifer | 691 North Pheasant Drive | Gilbert | AZ | 95234- | Option Units | 1,500 | LLC Membership Unit |
| Johnson | Brad | 5820 S. Tulcate Woods Lane | Holladay | UT | 84121- | Common Units | 33,333 | LLC Membership Unit |
| Johnston | Kim | 1582 Bluemont Circle | Taylorsville | UT | 84123- | Option Units | 15,000 | LLC Membership Unit |
| Jones | Jeff | 19939 Wesley Street | Downs | IL | 61736- | Common Units | 80,575 | LLC Membership Unit |
| Kaul | Kiran | 717 NW Troost | Roseburg | OR | 97471- | Common Units | 25,000 | LLC Membership Unit |
| Keith | John | 28 Park Lane | Antioch | CA | 94509- | Common Units | 50,000 | LLC Membership Unit |
| Keith | John | 28 Park Lane | Antioch | CA | 94509- | Preferred Units | 150,000 | LLC Membership Unit |
| Knight | Susan | 153 C Street | Salt Lake City | UT | 84103- | Option Units | 250,000 | LLC Membership Unit |
| Kontzen | Chris | PO Box 530011 | Birmingham | AL | 35253- | Common Units | 107,000 | LLC Membership Unit |
| Kosoris | Jeff | 131 Mark Trail ATTN: Personal | Waxahachie | TX | 75165- | Common Units | 25,000 | LLC Membership Unit |
| Krugman | Ron | 2904 Crooked Wash Drive | Loveland | CO | 80538- | Common Units | 5,000 | LLC Membership Unit |
| Krugman | Ron | 2904 Crooked Wash Drive | Loveland | CO | 80538- | Preferred Units | 167,538 | LLC Membership Unit |
| LaDow | Craig | 1212 Broadway Suite 501A | Oakland | CA | 94612- | Preferred Units | 45,000 | LLC Membership Unit |
| Lange | Brent | 458 Knight Circle | Alpine | UT | 84004- | Preferred Units | 160,000 | LLC Membership Unit |
| Leopardi | Aldo | 1236 Sherman Street | Denver | CO | 80210- | Common Units | 100,000 | LLC Membership Unit |
| Leung | Kelvin | 148 Hedge Road | Menlo Park | CA | 94025- | Common Units | 25,000 | LLC Membership Unit |
| Lindo | Paul | 136 Kirkley Road | Tyrone | GA | 30290- | Common Units | 50,000 | LLC Membership Unit |
| Luerding | Greg | 65 Champagne Drive | Lake St. Louis | MO | 63367- | Preferred Units | 563,250 | LLC Membership Unit |
| Madsen | Rick | 2259 South 350 East | Kaysville | UT | 84037- | Common Units | 25,000 | LLC Membership Unit |
| Madsen | Rick | 2259 South 350 East | Kaysville | UT | 84037- | Preferred Units | 61,120 | LLC Membership Unit |
| Magdaleno | Jennifer | 8744 Santa Ridge Circle | Elk Grove | CA | 95624- | Option Units | 1,000 | LLC Membership Unit |
| Maier | Jeff | 161 Great Lawn | Irvine | CA | 92620- | Common Units | 30,000 | LLC Membership Unit |
| Maier | Jeff | 161 Great Lawn | Irvine | CA | 92620- | Preferred Units | 727,600 | LLC Membership Unit |
| Malone | Mike | 110 Westfield Drive | Lafayette | LA | 70503- | Common Units | 125,000 | LLC Membership Unit |
| Mansell | Mike | 2531 Boxwood Drive | Harker Heights | TX | 76548- | Common Units | 50,000 | LLC Membership Unit |
| Marhoefer | Clifford | 1109 SE 72nd Street | Portland | OR | 97215- | Common Units | 15,000 | LLC Membership Unit |
| Martinez | Alex | 2553 E. Edgewood Ave | Mesa | AZ | 85204- | Common Units | 37,500 | LLC Membership Unit |
| Matin | Gulalai | 584 Shasta Drive | Encinitas | CA | 92024- | Common Units | 20,000 | LLC Membership Unit |

The Falls Event Center LLC
List of Equity Security Holders

| Last Name | First Name | Address | City | State | Zip | Unit Type | Units | Security |
|---|---|---|---|---|---|---|---|---|
| Maurer | Craig | 1436 Sumner Avenue | Napa | CA | 94558- | Preferred Units | 113,102 | LLC Membership Unit |
| McCormick | Scot | 1745 Layfayette Drive | Jamison | PA | 18929- | Common Units | 109,300 | LLC Membership Unit |
| McHenry | Michael | 1209 West Samuel Holt Drive | South Jordan | UT | 84095- | Option Units | 30,000 | LLC Membership Unit |
| McPhie | Chris | 519 West 55 South | Blackfoot | ID | 83221- | Common Units | 190,500 | LLC Membership Unit |
| Meyer | Morgan | 3040 Los Robles Road | Thousand Oaks | CA | 91362- | Preferred Units | 150,000 | LLC Membership Unit |
| Michnal | Ken | 3646 Calico Brook Court | Las Vegas | NV | 89147- | Preferred Units | 150,000 | LLC Membership Unit |
| Michnal | Ken | 3646 Calico Brook Court | Las Vegas | NV | 89147- | Preferred Units | 120,000 | LLC Membership Unit |
| Milenbaugh | Corbin | 6142 Winton Street | Dallas | TX | 75214- | Common Units | 100,000 | LLC Membership Unit |
| Miller | Jered | 1155 East 2100 South Apt 133 | Salt Lake City | UT | 84106- | Option Units | 1,500 | LLC Membership Unit |
| Miller | Greg | 1665 Norton Hill Drive | Jacksonville | FL | 32225- | Preferred Units |  | LLC Membership Unit |
| Moore | Dusty | 3908 North Monroe Street | Hutchinson | KS | 67502- | Common Units | 33,333 | LLC Membership Unit |
| Moyes | Scott | 1004 West Tuscany View Road #604 | Midvale | UT | 84047- | Option Units | 15,000 | LLC Membership Unit |
| Neubauer | John | 7981 Cypress Pine Cove | Sandy | UT | 84070- | Option Units | 221,666 | LLC Membership Unit |
| Northrup | Debra | 1532 40th Street | Sacramento | CA | 95819- | Option Units | 15,000 | LLC Membership Unit |
| Nuttall | Kent | 2907 219th Ave E | Lake Tapps | WA | 98391- | Common Units | 500,000 | LLC Membership Unit |
| Oakley | Nora | 2999 Westminster Avenue #103 | Seal Beach | CA | 90740-5371 | Common Units | 60,000 | LLC Membership Unit |
| Odette | Rick | 16689 Driftwood Drive | Tyler | TX | 75707- | Common Units | 40,000 | LLC Membership Unit |
| Oglesby | Timm | 2160 Thousand Oaks Drive 1213 T | San Antonio | TX | 78232- | Common Units | 125,000 | LLC Membership Unit |
| O'Hare | Terry | 1036 Hanover Ave | Lemoore | CA | 93245- | Common Units | 50,000 | LLC Membership Unit |
| Olson | Dennis | 5220 West Potter Drive | Glendale | AZ | 85308- | Option Units | 35,000 | LLC Membership Unit |
| Ortiz | Maureen | 6710 SVL Box | Victorville | CA | 92395- | Common Units | 100,000 | LLC Membership Unit |
| Oshiro | Roxane | 27504 NE 14th CT. | Ridgefield | WA | 98642- | Common Units | 33,250 | LLC Membership Unit |
| Overland | Keith | 46 Breeds Hill | Wilton | CT | 06897- | Option Units | 2,500 | LLC Membership Unit |
| Pantages | Jonathan | 2297 North Marty Ave | Fresno | CA | 93722- | Option Units | 1,500 | LLC Membership Unit |
| Parker | Wendy | 13588 Firetip Court | Riverton | UT | 84096- | Option Units | 1,500 | LLC Membership Unit |
| Parker | James | 108 East Mutton Hollow Rd | Kaysville | UT | 84057- | Preferred Units | 48,052 | LLC Membership Unit |
| Patel | Parik | 3120 Robert Drive | Richardson | TX | 75082- | Common Units | 50,000 | LLC Membership Unit |
| Pimentel | Jason | 701 Oakdale Avenue | Monrovia | CA | 91016- | Preferred Units | 77,200 | LLC Membership Unit |
| Pinnock | Jennifer | 5338 Cottonwood Lane | Holladay | UT | 84117- | Preferred Units | 140,000 | LLC Membership Unit |
| Porritt | David | 1900 McKinney Avenue APT 2310 | Dallas | TX | 75201- | Common Units | 6,833 | LLC Membership Unit |
| Quinn | John | 8486 Benicasim Ct | Las Vegas | NV | 89178- | Common Units | 34,666 | LLC Membership Unit |
| Raboy-Roberts | Rebecca | 10398 Grand Forest Lane | Woodbury | MN | 55129- | Common Units | 10,000 | LLC Membership Unit |
| Rakowski | George | 4278 Roxbury Street | Simi Valley | CA | 93063- | Common Units | 5,000 | LLC Membership Unit |
| Ramirez | Sam | 3636 West Delta Ave | Visalia | CA | 93291- | Option Units | 10,000 | LLC Membership Unit |
| Roberts | James Jordan | 5074 Cotton Tree Lane | Salt Lake City | UT | 84117- | Option Units | 4,000 | LLC Membership Unit |
| Roberts | Kacey | 8296 Bellingham Drive | Sandy | UT | 84070- | Option Units | 50,000 | LLC Membership Unit |
| Roberts | Arleen | 8658 Shasta Lily Drive | Elk Grove | CA | 95624- | Option Units | 2,000 | LLC Membership Unit |
| Rutherford | Dean | 513 North Main | Hailey | ID | 83333- | Preferred Units | 263,530 | LLC Membership Unit |
| Salcido | Dave | 2403 East Kenwood Street | Mesa | AZ | 85213- | Option Units | 3,000 | LLC Membership Unit |
| Sandahl | Adam | 6557 East Pacific Coast Highway | Long Beach | CA | 90803- | Common Units | 50,000 | LLC Membership Unit |
| Sayama | Dave | 1191 Set Court | Farmington | UT | 84025- | Common Units | 25,000 | LLC Membership Unit |

The Falls Event Center LLC
List of Equity Security Holders

| Last | First | Address | City | State | Zip | Class | Units | Type |
|---|---|---|---|---|---|---|---|---|
| Sayama | Amy | 25575 Aragon Way | Yorba Linda | CA | 92887- | Common Units | 25,000 | LLC Membership Unit |
| Schluter | Bill | 12157 Rain Hollow Court | Maryland Heights | MO | 63043- | Common Units | 250,000 | LLC Membership Unit |
| Schmieder | Joe | 23 San Isidro | Pevely | MO | 63070- | Common Units | 75,000 | LLC Membership Unit |
| Schuessler | Scott | 6610 Kenslow Drive | Stillwater | OK | 74074- | Common Units | 150,950 | LLC Membership Unit |
| Schultz | Terrie | 403 Devoe Drive | Oswego | IL | 60543- | Option Units | 5,000 | LLC Membership Unit |
| Scott | Cassie | 322 Liberty Claybrook Rd. | Beech Bluff | TN | 38313- | Common Units | 25,000 | LLC Membership Unit |
| Sellars | Laura | 151 East 1060 North | Orem | UT | 84057- | Option Units | 50,000 | LLC Membership Unit |
| Shurtliff | Alan | 903 South 1100 East | Springville | UT | 84663- | Option Units | 30,000 | LLC Membership Unit |
| Siegel | Joni | 9834 Alder Ridge Place | Alta Loma | CA | 91737- | Preferred Units | 130,000 | LLC Membership Unit |
| Simmons | Walter | 5143 West Festival Drive | West Valley City | UT | 84120- | Option Units | 24,000 | LLC Membership Unit |
| Snyder | Todd | 16 Bethany | Laguna Niguel | CA | 92677- | Common Units | 33,333 | LLC Membership Unit |
| Staker | Shane | PO Box 459 | West Branch | IA | 52358- | Preferred Units | 15,550 | LLC Membership Unit |
| Stapley | Kent | 3112 E. Glencove Street | Mesa | AZ | 85213- | Common Units | 62,500 | LLC Membership Unit |
| Stephenson | Jim | 465 Wildwood Drive | Brigham City | UT | 84302- | Common Units | 170,210 | LLC Membership Unit |
| Stevens | Dee | P. O. Box 165 | Garden City | UT | 84028- | Preferred Units | 100,000 | LLC Membership Unit |
| Sullivan | David | 5903 Sandypine Court | Spring | TX | 77379- | Option Units | 250,000 | LLC Membership Unit |
| Tait | Bob | 1173 South 425 West | Bountiful | UT | 84010- | Common Units | 95,000 | LLC Membership Unit |
| Tait | Bob | 1173 South 425 West | Bountiful | UT | 84010- | Preferred Units | 100,000 | LLC Membership Unit |
| Talbert | Gregg | 7314 South Downing Circle West | Centennial | CO | 80122- | Common Units | 120,000 | LLC Membership Unit |
| Terry | Kevin | 3010 C 63rd Ave Southwest | Seattle | WA | 98116- | Common Units | 100,000 | LLC Membership Unit |
| Tovar | Ivan | 816 W. Tombstone Trail | Phoenix | AZ | 85085- | Common Units | 11,403 | LLC Membership Unit |
| Trant | Jason | 3210 East Orange Drive | Phoenix | AZ | 85018- | Common Units | 25,000 | LLC Membership Unit |
| Treitler | Stanley | 1781 Tudor Lane #202 | Northbrook | IL | 60062- | Common Units | 25,000 | LLC Membership Unit |
| Truelove | Angela | 4433 SW Legacy LN | Topeka | KS | 66610- | Common Units | 31,250 | LLC Membership Unit |
| Tudman | Christine | 3335 Comanche Road | St. George | UT | 84790- | Option Units | 24,000 | LLC Membership Unit |
| Vogel | Peter | 11502 N. 87th Place | Scottsdale | AZ | 85260- | Common Units | 25,875 | LLC Membership Unit |
| Wachholz | Pam | 42705 Avery Canyon Road | Hemet | CA | 92544- | Common Units | 100,000 | LLC Membership Unit |
| Wagner | Ed | 17383 Sunset Blvd Suite A230 (ATTN: Perso | Pacific Palisades | CA | 90272- | Preferred Units | 350,000 | LLC Membership Unit |
| Wagner | Chris | 11155 Sunshine Terrace Apt 103 | Studio City | CA | 91604- | Preferred Units | 50,000 | LLC Membership Unit |
| Walker | Kamon | 2745 Willow Drive | Lehi | UT | 84043- | Option Units | 15,000 | LLC Membership Unit |
| Walters | Erica | 44 1/2 E Hillside Ave | Salt Lake City | UT | 84103- | Common Units | 7,000 | LLC Membership Unit |
| Walters | Allen | 8965 Big Cannon Place | Greenwood Village | CO | 80111- | Common Units | 33,333 | LLC Membership Unit |
| Ward | Mike | 121 South Royal Place | Anaheim | CA | 92806- | Preferred Units | 60,000 | LLC Membership Unit |
| Weeks | Skylar | 230 South Ridgeview Drive | Orem | UT | 84058- | Preferred Units | 50,000 | LLC Membership Unit |
| Wendel | David | 70 West Railroad Ave | Jamesburg | NJ | 08831- | Common Units | 36,650 | LLC Membership Unit |
| Wendel | Wendy | 70 West Railroad Ave | Jamesburg | NJ | 08831- | Common Units | 36,650 | LLC Membership Unit |
| Wilkinson | Brent | 2598 Marion Drive | West Jordan | UT | 84084- | Common Units | 25,000 | LLC Membership Unit |
| Wilkinson | Brent | 2598 Marion Drive | West Jordan | UT | 84084- | Preferred Units | 497,998 | LLC Membership Unit |