# United States Bankruptcy Court
## District of Utah

In re  **The Falls Event Center LLC**                                                   Case No.  **18-25116**
Debtor(s)                                                                                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Falls Event Center LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Bluemax Marketing     (Steve Down)
9067 South 1300 West
West Jordan, UT 84088

**July 17, 2018**                                                           /s/ Michael R. Johnson
Date                                                                                  **Michael R. Johnson**
                                                                                           Signature of Attorney or Litigant
                                                                                           Counsel for **The Falls Event Center LLC**
                                                                                           **Ray Quinney & Nebeker P.C.**
                                                                                           **36 South State Street, Suite 1400**
                                                                                           **Salt Lake City, UT 84111**
                                                                                           **801-323-3363**
                                                                                           **mjohnson@rqn.com**