**This order is SIGNED.**

 

**Dated: July 19, 2018**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Michael R. Johnson (7070)
David H. Leigh (9433)
Elaine A. Monson (5523)
Brent D. Wride (5163)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, UT 84111
(801) 532-1500
mjohnson@rqn.com
dleigh@rqn.com
emonson@rqn.com
bwride@rqn.com

*Proposed Counsel for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**THE FALLS EVENT CENTER LLC,** a Utah limited liability company,<br><br>Address: 9067 S 1300 W, #301<br>West Jordan, UT 84088,<br><br>Tax I.D. No. 90-1023989,<br><br>Debtor in Possession. | Bankruptcy Case No. 18-25116<br><br>Chapter 11<br><br>Honorable Kimball Mosier<br><br>[Filed Electronically] |

**ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING TIME FOR NOTICE OF, THE TIME TO OBJECT TO, THE HEARING ON, AND LIMITING THE SERVICE REQUIREMENTS FOR THE DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION EMPLOYEE
WAGES AND RELATED EXPENSES**

1

This matter is before the Court on the Debtor's *Ex Parte Motion for an Order Shortening Time for Notice of, the Time to Object to, the Hearing on, and Limiting the Service Requirements for the Debtor's Motion for Order Authorizing Payment of Pre-Petition Employee Wages and Related Expenses* (the "**Ex Parte Motion**"), which was filed on July 18, 2018.

The Ex Parte Motion seeks an Order from this Court (a) shortening the time for filing and serving responses to the Employee Wages Motion, (b) shortening the time to conduct a hearing on the Employee Wages Motion and any responses or objections related thereto, and (c) limiting the service requirements with respect to the Employee Wages Motion to the U.S. Trustee, the list of twenty unsecured creditors, and any party that has registered as an ecf filer or requested notice in the Case.

The Court, after reviewing the Ex Parte Motion and such other matters in the Court's file as the Court deemed appropriate, has determined that good cause exists to grant the relief requested in the Ex Parte Motion within the meaning of Federal Rule of Bankruptcy Procedure 9006(c)(1) and Local Rule 9006-1.

Based upon the foregoing and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

(a) The deadline for parties in interest to file and serve any responses or objections to the Employee Wages Motion, with any objections or responses to be filed with the Court and served upon counsel for the Debtor shall be <u>Thursday, July 19, 2018 at 9:30 a.m. (MST)</u>;

(b) The date and time for the hearing on the Employee Wages Motion shall be <u>Thursday, July 19, 2018 at 10:00 a.m. (MST)</u>, or as soon thereafter as the motion may be heard, and,

   (c)  The service requirements for the Employee Wages Motion shall be limited to the U.S. Trustee, the list of twenty unsecured creditors, and any party that has registered as an ecf filer or requested notice in the Case by the end of the day on Tuesday, July 17, 2018.

------------------------------------------END OF DOCUMENT------------------------------------------

1459604