**This order is SIGNED.**

 

**Dated: July 20, 2018**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

*Prepared and Submitted by:*

Michael R. Johnson (7070)
David H. Leigh (9433)
Elaine A. Monson (5523)
Brent D. Wride (5163)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, UT  84111
(801) 532-1500
mjohnson@rqn.com
dleigh@rqn.com
emonson@rqn.com
bwride@rqn.com

*Proposed Counsel for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**THE FALLS EVENT CENTER LLC,** a Utah limited liability company,<br><br>Address:   9067 S 1300 W, #301<br>               West Jordan, UT  84088,<br><br>Tax I.D. No. 90-1023989,<br><br>        Debtor in Possession. | Bankruptcy Case No. 18-25116<br><br>Chapter 11<br><br>Honorable Kimball Mosier<br><br>[Filed Electronically] |

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING PAYMENT OF
PRE-PETITION EMPLOYEE WAGES AND RELATED EXPENSES**

1

On July 16, 2018, the Debtor's *Motion for Order Authorizing Payment of Pre-Petition Employee Wages and Related Expenses* (the "**Motion**") came on for hearing. Appearances were made as noted on the record at the hearing. Based on the evidence presented on the record at the hearing and for good cause shown, it is hereby **ORDERED** as follows:

1. The Debtor is authorized to pay the prepetition wages and compensation set forth in the document that was admitted into evidence at the hearing as Exhibit 1, with the exception of payments to David Down and John Neubauer, to whom payments for prepetition wages and compensation may not be made at this time.

2. In order to effectuate the payment of prepetition wages, the Debtor is authorized to pay processing fees to its payroll processing company, ADP, in the amount of $25,522.38.

3. To further effectuate the payment of such wages, the Debtor is also authorized to pay payroll taxes in the amount of $82,356.32.

-----------------------------------------END OF DOCUMENT-----------------------------------------

1459914

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July 2018, I electronically filed the foregoing proposed *Order Granting Motion for Order Authorizing Payment of Pre-Petition Employee Wages and Related Expenses* with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below are registered CM/ECF users and will be served through the CM/ECF system:

- **Laurie A. Cayton tr**     laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Michael R. Johnson**     mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- **United States Trustee**     USTPRegion19.SK.ECF@usdoj.gov
- **Brent D. Wride**     bwride@rqn.com, docket@rqn.com;pbrown@rqn.com

/s/ Carrie Hurst

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing *Order Granting Motion for Order Authorizing Payment of Pre-Petition Employee Wages and Related Expenses* (the "Order") should be served on the persons in the manner designated below:

**By electronic service:**  I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Laurie A. Cayton tr**    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Brent D. Wride**    bwride@rqn.com, docket@rqn.com;pbrown@rqn.com

**By U.S. Mail** – In addition to the foregoing persons of record receiving notice of the entry of the Order through the CM/ECF system, the following person(s) should be served with a copy of the Order by U.S. Mail pursuant to Fed R. Civ. P. 5(b).

None