Mona L. Burton, #5399
Doyle S. Byers, #11440
Ellen E. Ostrow, #14743
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Fax: (801) 799-5700
mburton@hollandhart.com
dsbyers@hollandhart.com
eeostrow@hollandhart.com
*Proposed Counsel for Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Case No. 18-25116 |
|---|---|
| THE FALLS EVENT CENTER LLC, | Chapter 11 |
| Debtor. | Honorable R. Kimball Mosier |

**ORDER APPROVING APPLICATION TO EMPLOY HOLLAND & HART LLP AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE EFFECTIVE AS OF JULY 26, 2018**

This matter came before the Court on the application of the Official Committee of Unsecured Creditors (the "**Committee**")[1] of The Falls Event Center LLC (the "**Debtor**"), debtor

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

1

and debtor-in-possession, for entry of an order authorizing the employment of the law firm Holland & Hart LLP ("**H&H**") as general bankruptcy counsel to the Committee (the "**Application**"). After reviewing the Application and such other matters in the file as the Court deemed appropriate, and after considering such other and further matters as the Court deemed appropriate, the Court hereby

**FINDS AND CONCLUDES** as follows:

A. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334;

B. This is a core proceeding pursuant to 28 U.S.C. § 157;

C. Notice of the Application was adequate and appropriate in accordance with 11 U.S.C. § 102(1);

D. The legal and factual bases set forth in the Application establish just cause for the relief granted herein; and

E. Retention of H&H is necessary and in the best interests of the Committee.

**WHEREFORE**, based upon the Application, the representations of counsel in support of the Application, and the foregoing findings and conclusions it is hereby **ORDERED** that:

1. Pursuant to Bankruptcy Code §§ 328 and 1103, and Bankruptcy Rule 2014, the Committee is authorized and empowered to retain and employ the firm of Holland & Hart, LLP as counsel in the Debtor's Chapter 11 case on the terms set forth in the Application, effective as of July 26, 2018.

2. H&H shall make appropriate application to this Court, and shall be compensated, in accordance with the provisions of Bankruptcy Code §§ 330 and 331, the applicable

Bankruptcy Rules, the Local Rules and applicable orders of this Court with respect to compensation of professionals.

3.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to entry or implementation of this Order.

---------------------END OF ORDER---------------------

### **DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER**

Service of the foregoing *Order Approving Application to Employ Holland & Hart LLP as Counsel for the Official Unsecured Creditors' Committee Effective as of July 26, 2018* shall be served on the parties in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

> David P. Billings on behalf of Creditor Golf 6061, LLC
> dbillings@fabianvancott.com, mparks@fabianvancott.com
>
> Laurie A. Cayton tr on behalf of U.S. Trustee United States Trustee
> laurie.cayton@usdoj.gov,
> James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
>
> Michael R. Johnson on behalf of Debtor The Falls Event Center LLC
> mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
>
> Ralph R. Mabey on behalf of Creditor iBorrow, L.P.
> rmabey@kmclaw.com
>
> Adelaide Maudsley on behalf of Creditor iBorrow, L.P.
> amaudsley@kmclaw.com, tslaughter@kmclaw.com
>
> Elaine A. Monson on behalf of Debtor The Falls Event Center LLC
> emonson@rqn.com, docket@rqn.com;pbrown@rqn.com
>
> United States Trustee
> USTPRegion19.SK.ECF@usdoj.gov
>
> Brent D. Wride on behalf of Debtor The Falls Event Center LLC
> bwride@rqn.com, docket@rqn.com;pbrown@rqn.com

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

- All parties on the Court's official case matrix.

*/s/ Ellen E. Ostrow*

11225790_1