**This order is SIGNED.**





**Dated: March 25, 2019**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

*Prepared and Submitted By:*

Michael F. Thomson (#9707)
Peggy Hunt (#6060)
Jessica G. McKinlay (#11210)
DORSEY & WHITNEY LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
        hunt.peggy@dorsey.com
        mckinlay.jessica@dorsey.com

*Attorneys for Michael F. Thomson, Chapter 11 Trustee of The Falls Event Center LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | |
| THE FALLS EVENT CENTER LLC | Bankr. Case No. 18-25116 |
| THE FALLS AT GILBERT, LLC | Bankr. Case No. 18-25419 |
| THE FALLS OF LITTLETON, LLC, | Bankr. Case No. 18-27111 |
| Debtors. | Chapter 11 |
| | The Honorable R. Kimball Mosier |

### ORDER APPROVING STIPULATIONS REGARDING USE OF REAL PROPERTY

The matter before the Court is the *Motion Seeking Approval of Stipulations Regarding Use of Real Property* [The Fall Event Center LLC Dkt. 351; The Falls at Gilbert, LLC Dkt. 43; and The Falls of Littleton, LLC Dkt. 32] (the "Motion") filed by Michael F. Thomson, Chapter 7

Trustee, seeking approval of the Stipulations attached hereto and to the Motion as **Exhibits A and B.**  The Motion was served on February 28, 2019 through the Court's CM/ECF system upon all parties who receive electronic notice in this case.  In addition, a *Notice of Motion Seeking Approval of Stipulations Regarding Use of Real Property and Notice of Opportunity for Hearing* [The Fall Event Center LLC Dkt. 352; The Falls at Gilbert, LLC Dkt. 44; and The Falls of Littleton, LLC Dkt. 33] (the "Notice") was properly served on all creditors and parties in interest and no further notice is required.  *See Certificate of Service* [The Fall Event Center LLC Dkt. 355; The Falls at Gilbert, LLC Dkt. 45; and The Falls of Littleton, LLC Dkt. 34].  The deadline to object to the Motion was March 18, 2019, and no objections to the Motion have been filed.

The Court has considered the Motion, the Stipulations attached hereto as **Exhibits A and B**, the Notices filed in each case, the Certificates of Service filed in each case, the record in the above-captioned cases, and applicable law.  Based thereon, and for good cause appearing,

   **IT IS HEREBY ORDERED** that:

   (1)      The Motion is **GRANTED**; and

   (2)      The Stipulation attached hereto as **Exhibit A** is **APPROVED**;

   (3)      The Stipulation attached hereto as **Exhibit B** is **APPROVED;** and

   (4)      The Trustee is **AUTHORIZED** to take all actions agreed to in the Stipulations on behalf of the estate.

----------------------------------------------**End of Order**----------------------------------------------------

4834-5468-5581\1

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing **ORDER APPROVING STIPULATIONS REGARDING USE OF REAL PROPERTY** shall be served to the parties in the manner designated below:

**By Electronic Service**:  I certify that the parties of record in The Falls Event Center, LLC case (18-25116) as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- James W. Anderson     jwa@clydesnow.com, jritchie@clydesnow.com;atrujillo@clydesnow.com
- Megan K Baker     baker.megan@dorsey.com, long.candy@dorsey.com
- David P. Billings     dbillings@fabianvancott.com, jwinger@fabianvancott.com;mdewitt@fabianvancott.com
- Ryan C. Cadwallader     rcadwallader@kmclaw.com, tsanders@kmclaw.com
- Laurie A. Cayton tr     laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Thomas E. Goodwin     tgoodwin@parrbrown.com, nmckean@parrbrown.com
- Oren Buchanan Haker     oren.haker@stoel.com, kevin.mckenzie@stoel.com;daniel.kubitz@stoel.com;docketclerk@stoel.com;rene.alvin @stoel.com;kc.harding@stoel.com
- Mark E. Hindley     mehindley@stoel.com, rnoss@stoel.com;slcdocket@stoel.com
- Alan C. Hochhiser     ahochhiser@mauricewutscher.com
- Mary Margaret Hunt     hunt.peggy@dorsey.com, long.candy@dorsey.com
- Peter J. Kuhn tr     Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Ralph R. Mabey     rmabey@kmclaw.com
- Jessica G. McKinlay     mckinlay.jessica@dorsey.com, Segovia.Maria@dorsey.com
- John T. Morgan tr     john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Darren B. Neilson     darren@neilsonlaw.co
- Ellen E Ostrow     eeostrow@hollandhart.com, intaketeam@hollandhart.com;lahansen@hollandhart.com
- Chad Rasmussen     chad@alpinalegal.com, contact@alpinalegal.com
- Steven M. Rogers     srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com
- Jeffrey B. Smith     jsmith@cgsattys.com
- Michael S. Steck     michael@clariorlaw.com
- Mark S. Swan     mark@swanlaw.net
- Richard C. Terry     richard@tjblawyers.com, cbcecf@yahoo.com
- Michael F. Thomson     thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- Michael F. Thomson tr     thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com

- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov
- John J. Wiest     wiest.john@dorsey.com

**By Electronic Service**:  I certify that the parties of record in The Falls at Gilbert, LLC case (18-25419) as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Laurie A. Cayton tr     laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Mary Margaret Hunt     hunt.peggy@dorsey.com, long.candy@dorsey.com
- Jessica G. McKinlay     mckinlay.jessica@dorsey.com, Segovia.Maria@dorsey.com
- Ellen E Ostrow     eeostrow@hollandhart.com, intaketeam@hollandhart.com;lahansen@hollandhart.com
- Chad Rasmussen     chad@alpinalegal.com, contact@alpinalegal.com
- Richard C. Terry     richard@tjblawyers.com, cbcecf@yahoo.com
- Michael F. Thomson     thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

**By Electronic Service**:  I certify that the parties of record in The Falls of Littleton, LLC case (18-27111) as identified below, are registered CM/ECF users in and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Laurie A. Cayton tr     laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Mary Margaret Hunt     hunt.peggy@dorsey.com, long.candy@dorsey.com
- Jessica G. McKinlay     mckinlay.jessica@dorsey.com, Segovia.Maria@dorsey.com
- Ellen E Ostrow     eeostrow@hollandhart.com, intaketeam@hollandhart.com;lahansen@hollandhart.com
- Richard C. Terry     richard@tjblawyers.com, cbcecf@yahoo.com
- Michael F. Thomson     thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Richard N. Bauer
1789 Bella Lago Drive
Clermont, FL 34711-4634

Bexar County
C/o David G. Aevoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro St, Ste 300
San Antonio, TX 78205

4

4834-5468-5581\1

Albert B Clark
696 East 1220 North
Orem, UT 84097

Richard W. Johnston
6855 S. Havana St. #275
Centennial, CO 80112-3813

Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive
Attention: Regional Counsel
Chicago, IL 60601

Meilin Liu
2601 Blanding Avenue, C307
Alameda, CA 94501-1579

State of Oregon
Department of Revenue
955 Center St NE
Salem, OR 97301-2555

The Claro Group, LLC
711 Louisiana Street, Suite 2100
Houston, TX 77002

The Falls Event Center LLC
9067 South 1300 West, Suite 301
West Jordan, UT 84088

The Falls at Gilbert, LLC
9067 South 1300 West
Suite 301
West Jordan, UT 84088

The Falls of Littleton, LLC
9067 South 1300 West
Suite 301
West Jordan, UT 84088

4834-5468-5581\1

# EXHIBIT A

Richard C. Terry, USB No. 3216
TERRY JESSOP & BITNER
341 South Main, Suite 500
Salt Lake City, Utah 84111
Telephone: 801/534-0909
Facsimile: 801/534-1948
Email: richard@tjblawyers.com
Attorneys for RLS Capital, Inc., an Arizona Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>The Falls Event Center, LLC<br>The Falls at Gilbert, LLC,<br><br>     Debtors. | Bankruptcy Nos. 18-25116, 18-25419 rkm<br><br>Chapter 11<br><br>Filed Electronically<br><br>**STIPULATION REGARDING MOTION FOR RELIEF FROM STAY FILED BY RLS CAPITAL, INC.** |

RLS Capital, Inc., an Arizona Corporation ("RLS"), by and through the undersigned counsel of Terry Jessop & Bitner, on the one hand, and The Falls at Gilbert, LLC ("Debtor Gilbert") and The Falls Event Center, LLC ("Debtor TFEC"), by and through Michael F. Thomson, Chapter 11 Trustee of Debtor TFEC ("Trustee"), on the other hand, hereby stipulate and agree to the following terms and provisions:

WHEREAS, on June 10, 2015, Debtor Gilbert executed a Promissory Note (the "Note") in favor of RLS, stating that "the principal sum of which shall not exceed THREE MILLION AND 00/100 DOLLARS, (U.S. $3,000,000.00), with interest on the unpaid

principal balance from the date of advancement or receipt of said sums by Maker, until the date the entire outstanding principal balance has been paid in full at a rate of fourteen percent (14%) per annum" with a maturity date of December 10, 2016. A copy of the Note is attached hereto and incorporated herein by reference as Exhibit A.

WHEREAS, RLS maintains that the Note is secured by a Construction Deed of Trust dated June 9, 2015 ("Trust Deed") a true and correct copy of which is attached hereto as Exhibit B, which was recorded with the Maricopa County Recorder on June 11, 2015 as entry number 20150416749.

WHEREAS, the Trust Deed states that Trustor irrevocably grants and conveys to Trustee in Trust, with power of Sale, certain real property located at 4635 E. Baseline Road, Gilbert, Arizona 85234 (the "Property"). *See* Exh. B.

WHEREAS, on December 10, 2016, the Note matured, requiring Debtor Gilbert to pay the unpaid principal balance and all other fees, costs and expenses pursuant to the Note. Debtor Gilbert is in default under the Note.

WHEREAS, a building was constructed on the Property, and Debtor TFEC is operating a business at the Property.

WHEREAS, RLS commenced a foreclosure action related to the Property in Arizona and alleges that it scheduled an auction sale of the property for July 15, 2018.

WHEREAS, on July 11, 2018, Debtor TFEC filed a voluntary chapter 11 bankruptcy petition.

WHEREAS, on July 25, 2018, Debtor Gilbert filed a voluntary chapter 11 bankruptcy petition.

WHEREAS, on October 3, 2018, RLS filed in Debtor Gilbert's case a motion to terminate the automatic stay to allow RLS to complete its foreclosure (the "Stay Relief Motion"), to which Debtor Gilbert objected.

WHEREAS, on November 27, 2018, this Court entered an order appointing the Trustee for Debtor TFEC.

WHEREAS, the Trustee desires to continue to operate Debtor TFEC's business at the Property.

WHEREAS, based upon the mutual promises, obligations and requirements contained in this Stipulation and for good and valuable consideration, the receipt of which is acknowledged by the parties herein, the parties stipulate and agree as follows.

<u>STIPULATION</u>

1.    Debtor TFEC agrees to pay to RLS the sum of $15,625 for each and every month commencing with November 1, 2018, and continuing as provided in this Stipulation. The first payment will be made upon the execution of this Stipulation and shall constitute the January 2019 payment.  The following monthly payment for February 2019, shall be made on or before February 25, 2019, with each payment thereafter paid on or before the 5th day of each month.

2.    The monthly payments for November and December 2018, which is the total sum of $31,250, shall be paid in nine (9) equal monthly payments of $3,472.22 with the first

payment being made upon the execution of this Stipulation and the next payment being made on February 25, 2019, and continuing on the 5th of each month thereafter through September 2019.

3.      Debtor TFEC further agrees to pay real property taxes pertaining to the Property that were assessed by the State of Arizona in November 2018 (the "Postpetition Assessed Tax") as follows.

      a.   Each month Debtor TFEC will pay the State of Arizona a payment that is 1/12 of the Postpetition Assessed Tax (the "Monthly 1/12th Payment").

      b.   The Monthly 1/12th Payment for January and February 2019 will be paid upon execution of an installment payment agreement with the State of Arizona.

      c.   The Monthly 1/12 Payment for all periods thereafter will be made on or before the 5th day of each month.

      d.   The Monthly 1/12 Payments for November and December 2018, may be paid to the State of Arizona in nine (9) equal payments over nine (9) months which nine-month period shall start in January 2019.  The first payment shall be made upon execution of an installment payment agreement with the State of Arizona, and thereafter shall be made on or before the 5th day of each month.

      e.   Payment of the real property taxes on the Property as set forth herein shall be made to the appropriate taxing authority directly with proof of payment provided to RLS within forty-eight (48) hours of delivery.

f.    In the event that the State of Arizona will not accept installment payments, the Trustee will pay the Monthly 1/12 payments in accordance with the above provisions to a reserve account to be held for the payment Postpetition Assessed Taxes as provided for herein.

4.    So long as all payments are made pursuant to the preceding paragraphs 1 through 3, the automatic stay with respect to the Property shall remain in force and effect.

5.    If the payments referenced in the preceding paragraphs 1 through 3 are not made on or before their due date, RLS may serve written notice of default on the Trustee, and if the default is not cured within ten (10) days of service of the notice, RLS may file with the Court an affidavit of default, together with proof of default, and an order terminating the automatic stay with respect to the Property.

6.    Debtor TFEC shall at all times maintain all property, liability and other insurance policies on the Property in the amounts and subject to the requirements set forth in the Note and Trust Deed.  In the event that such insurance is not maintained, RLS may serve written notice of default on the Trustee, and if the default is not cured within ten (10) days of service of the notice, RLS may file with the Court an affidavit of default, together with proof of default, and an order terminating the automatic stay with respect to the Property.

7.    The right of Debtor Gilbert and Debtor TFEC to use the Property shall continue until September 30, 2019 with right of RLS to renegotiate any terms after July 30, 2019.

If the issues between the parties have not been resolved by September 30, 2019, RLS shall be entitled to file with the Court a notice that matters have not been resolved. If no objection is filed by the Trustee within ten (10) days of the filing such notice, RLS shall be entitled to file an order terminating the automatic stay.

8.     The Parties, through this Stipulation, are not agreeing to resolve any issues raised in the Stay Relief Motion, including without limitation the parties' respective rights under the Note and Trust Deed, the right to adequate protection, the value of the Property, rights under the provisions of the contract and the value and sufficiency of any property securing the contract. This stipulation is made simply for the limited purpose of paying RLS for use of the Property.

9.     Time is of the essence regarding all of the elements of this agreement, specifically the timing of payments, including taxes.

10.     The Trustee will file a notice and opportunity for objection to this Stipulation in both Debtor Gilbert and Debtor TFEC's cases. In the event that the Court does not approve this Stipulation for any reason, this Stipulation shall be null and void.

11.     By entering into this Stipulation all Parties reserve all rights, claims and defenses and this Stipulation does not waive or modify any such rights, claims and defenses.

[SIGNATURE PAGE FOLLOWS]

.

DATED this 22nd day of February, 2019.

RLS Capital, Inc

Lonnie C. Lindell

By: _Lonnie C Lindell_

Its _Vice President and Secretary_

DATED this 22 day of February, 2019

TERRY JESSOP & BITNER
Attorneys for RLS Capital, Inc. an Arizona
Corporation

By: _____

Richard C. Terry

DATED this 25 day of February, 2019.

THE FALLS AT GILBERT, LLC

By: _____

Michael  F.  Thomson,  Chapter  11
Trustee for The Falls Event Center LLC

DATED this 25 day of February, 2019.

THE FALLS EVENT CENTER LLC

By: _____

Michael  F.  Thomson,  Chapter  11
Trustee for The Falls Event Center LLC

# EXHIBIT B

Richard C. Terry, USB No. 3216
TERRY JESSOP & BITNER
341 South Main, Suite 500
Salt Lake City, Utah  84111
Telephone: 801/534-0909
Facsimile: 801/534-1948
Email: richard@tjblawyers.com
Attorneys for RLS Capital, Inc., an Arizona Corporation

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

---

| | |
|---|---|
| In re:<br><br>The Falls Event Center LLC and<br>The Falls of Littleton, LLC,<br><br>Debtors. | Bankruptcy Nos.  18-25116,  18-27111 rkm<br><br>Chapter 11<br><br>Filed Electronically<br><br>**STIPULATION REGARDING MOTION FOR RELIEF FROM STAY FILED BY RLS CAPITAL, INC.** |

---

RLS Capital, Inc., an Arizona Corporation ("RLS"), by and through the undersigned counsel of Terry Jessop & Bitner, on the one hand, and The Falls of Littleton, LLC ("Debtor Littleton") and The Falls Event Center, LLC ("Debtor TFEC"), by and through Michael F. Thomson, Chapter 11 Trustee of Debtor TFEC ("Trustee"), on the other hand, hereby stipulate and agree to the following terms and provisions:

WHEREAS, on June 4, 2016, Debtor Littleton executed a Promissory Note dated May 23, 2016, (the "Note") in favor of RLS, stating that the Debtor "promises to pay . . . the principal sum of **TWO MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS, (U.S. $2,500,000.00),** with interest on the unpaid principal balance from

**6/1/2016**, until the date the entire outstanding principal balance has been paid in full at the rate of twelve percent (12%) per annum . . ." with a maturity date of June 1, 2017. A copy of the Note is attached hereto and incorporated herein by reference as Exhibit A.

WHEREAS, RLS maintains that the Note is secured by a Construction Deed of Trust dated May 23, 2016 ("Trust Deed"), a true and correct copy of which is attached hereto as Exhibit B, which was executed by Debtor Littleton on June 4, 206 and recorded with the Arapahoe County Recorder on June 7, 2016, as entry number D6059465.

WHEREAS, the Trust Deed states that Trustor grants and conveys to Trustee in trust, with power of sale, certain real property located at 8199 Southpark Court, Littleton, Colorado 80120 (the "Property"). *See* Exh. B.

WHEREAS, on June 1, 2017, the Note matured, requiring Debtor Littleton to pay the unpaid principal balance and all other fees, costs and expenses pursuant to the Note. Debtor Littleton is in default under the Note.

WHEREAS, a building was constructed on the Property, and Debtor TFEC is operating a business at the Property.

WHEREAS, RLS commenced a foreclosure action related to the Property in Arizona and alleges that it scheduled an auction sale of the property for September 26, 2018.

WHEREAS, on July 11, 2018, Debtor TFEC filed a voluntary chapter 11 bankruptcy petition.

WHEREAS, on September 24, 2018, Debtor Littleton filed a voluntary chapter 11 bankruptcy petition.

WHEREAS, on October 4, 2018, RLS filed in Debtor Littleton's case a motion to terminate the automatic stay to allow RLS to complete its foreclosure (the "Stay Relief Motion"), to which Debtor Littleton objected.

WHEREAS, on November 27, 2018, this Court entered an order appointing the Trustee for Debtor TFEC.

WHEREAS, the Trustee desires to continue to operate Debtor TFEC's business at the Property.

WHEREAS, based upon the mutual promises, obligations and requirements contained in this Stipulation and for good and valuable consideration, the receipt of which is acknowledged by the parties herein, the parties stipulate and agree as follows.

## STIPULATION

1.    Debtor TFEC agrees to pay to RLS the sum of $13,020.83 for each and every month commencing with November 1, 2018, and continuing as provided in this Stipulation. The first payment will be made upon the execution of this Stipulation and shall constitute the January 2019 payment. The following monthly payment for February 2019, shall be made on or before February 25, 2019, with each payment thereafter paid on or before the 5th day of each month.

2.    The monthly payments for November and December 2018, which is the total sum of $26,041.66, shall be paid in nine (9) equal monthly payments of $2,893.52 with the first payment being made upon the execution of this Stipulation and the next payment

being made on February 25, 2019, and continuing on the 5th of each month thereafter through September 2019.

3.      Debtor TFEC further agrees to pay real property taxes pertaining to the Property that were assessed by the State of Colorado in November 2018 (the "Postpetition Assessed Tax") as follows.

a.      Each month Debtor TFEC will pay the State of Colorado a payment that is 1/12 of the Postpetition Assessed Tax (the "Monthly 1/12th Payment").

b.      The Monthly 1/12th Payment for January and February 2019 will be paid upon execution of an installment payment agreement with the State of Colorado.

c.      The Monthly 1/12 Payment for all periods thereafter will be made on or before the 5th day of each month.

d.      The Monthly 1/12 Payments for November and December 2018, may be paid to the State of Colorado in nine (9) equal payments over nine (9) months which nine-month period shall start in January 2019.  The first payment shall be made upon execution of an installment payment agreement with the State of Colorado, and thereafter shall be made on or before the 5th day of each month.

e.      Payment of the real property taxes on the Property as set forth herein shall be made to the appropriate taxing authority directly with proof of payment provided to RLS within forty-eight (48) hours of delivery.

f.      In the event that the State of Colorado will not accept installment payments, the Trustee will pay the Monthly 1/12 payments in accordance with the

above provisions to a reserve account to be held for the payment Postpetition Assessed Taxes as provided for herein.

4.    So long as all payments are made pursuant to the preceding paragraphs 1 through 3, the automatic stay with respect to the Property shall remain in force and effect.

5.    If the payments referenced in the preceding paragraphs 1 through 3 are not made on or before their due date, RLS may serve written notice of default on the Trustee, and if the default is not cured within ten (10) days of service of the notice, RLS may file with the Court an affidavit of default, together with proof of default, and an order terminating the automatic stay with respect to the Property.

6.    Debtor TFEC shall at all times maintain all property, liability and other insurance policies on the Property in the amounts and subject to the requirements set forth in the Note and Trust Deed.  In the event that such insurance is not maintained, RLS may serve written notice of default on the Trustee, and if the default is not cured within ten (10) days of service of the notice, RLS may file with the Court an affidavit of default, together with proof of default, and an order terminating the automatic stay with respect to the Property.

7.    The right of Debtor Littleton and Debtor TFEC to use the Property shall continue until September 30, 2019 with right of RLS to renegotiate any terms after July 30, 2019. If the issues between the parties have not been resolved by September 30, 2019, RLS shall be entitled to file with the Court a notice that matters have not been resolved.  If no

objection is filed by the Trustee within ten (10) days of the filing such notice, RLS shall be entitled to file an order terminating the automatic stay.

8.     The Parties, through this Stipulation, are not agreeing to resolve any issues raised in the Stay Relief Motion, including without limitation the parties' respective rights under the Note and Trust Deed, the right to adequate protection, the value of the Property, rights under the provisions of the contract and the value and sufficiency of any property securing the contract. This stipulation is made simply for the limited purpose of paying RLS for use of the Property.

9.     Time is of the essence regarding all of the elements of this agreement, specifically the timing of payments, including taxes.

10.     The Trustee will file a notice and opportunity for objection to this Stipulation in both Debtor Littleton and Debtor TFEC's cases. In the event that the Court does not approve this Stipulation for any reason, this Stipulation shall be null and void.

11.     By entering into this Stipulation all Parties reserve all rights, claims and defenses and this Stipulation does not waive or modify any such rights, claims and defenses.

[SIGNATURE PAGE FOLLOWS]

DATED this 22nd day of February, 2019.

RLS Capital, Inc

Lonnie C. Lindell

By     _Lonnie C Lindell_
Its    Vice President and Secretary

DATED this 22<sup>d</sup> day of February, 2019

TERRY JESSOP & BITNER
Attorneys for RLS Capital, Inc. an Arizona
Corporation

By: _____
     Richard C. Terry

DATED this 25th day of February, 2019.

THE FALLS OF LITTLETON, LLC

By: _____
     Michael F. Thomson, Chapter 11
     Trustee for The Falls Event Center,
     LLC, Case No. 18-25116

DATED this 25th day of February, 2019.

THE FALLS EVENT CENTER LLC

By: _____

     Michael F. Thomson, Chapter 11
     Trustee for The Falls Event Center LLC